| **Fill in this information to identify your case:** |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____     Chapter __11__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Novalent, Ltd.** |

| | | |
| --- | --- | --- |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  Indusco, Ltd.** |

| | | |
| --- | --- | --- |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-1320862** |

| | | |
| --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

**PO Box 10610**
**Southport, NC 27461**
Number, Street, City, State & ZIP Code

**Brunswick**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**2319 Joe Brown Drive Greensboro, NC 27405**
Number, Street, City, State & ZIP Code

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   **Novalent, Ltd.**                                                                          Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    <u>3251</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

|  | District _____ | When _____ | Case number _____ |
|---|---|---|---|
|  | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor  **Novalent, Ltd.**
_____  Case number (*if known*) _____
Name

List all cases. If more than 1,
attach a separate list

| | Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|---|
| | District | _____ When _____ | | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Novalent, Ltd.**                                          Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 16, 2024**
_____
MM / DD / YYYY

**X** **/s/ Cameron Harris**
_____
Signature of authorized representative of debtor

**Cameron Harris**
_____
Printed name

Title    **President**
_____

**18. Signature of attorney**

**X** **/s/ Kevin L. Sink**                                    Date **August 16, 2024**
_____                _____
Signature of attorney for debtor                                MM / DD / YYYY

**Kevin L. Sink Attorney for Debtor**
_____
Printed name

**Waldrep Wall Babcock & Bailey PLLC**
_____
Firm name

**3600 Glenwood Avenue**
**Suite 210**
**Raleigh, NC 27612**
_____
Number, Street, City, State & ZIP Code

Contact phone    **919-589-7985**          Email address    **ksink@waldrepwall.com**
_____

**21041 NC**
_____
Bar number and State

Debtor   **Novalent, Ltd.**                                                    Case number (*if known*) _____
         Name

---

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an
   amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

Debtor   **Novalent Biotech, Inc.**                      Relationship to you      **Parent Company**
District **Eastern District of North Carolina**  When  **8/16/24**   Case number, if known   **TBD**
Debtor   **Novalent MiddleCo, Inc.**                     Relationship to you      **Parent Company**
District **Eastern District of North Carolina**  When  **8/16/24**   Case number, if known   **TBD**

**Fill in this information to identify the case:**

Debtor name    **Novalent, Ltd.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 16, 2024**     *X* **/s/ Cameron Harris**
                                                   Signature of individual signing on behalf of debtor

                                                   **Cameron Harris**
                                                   Printed name

                                                   **President**
                                                   Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Novalent, Ltd.** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of New Zealand Deloitte Centre Level 6 80 Queen Auckland New Zealand   11420** | | **Certain Patents owned by Debtor** | | **$1,773,618.00** | **$1.00** | **$1,773,617.00** |
| **BDO PO Box 642743 Pittsburgh, PA 15264-2743** | | | | | | **$4,676.50** |
| **Brenntag Mid-South, Inc. PO Box 7410714 Chicago, IL 60674-0714** | | | | | | **$4,874.83** |
| **Chemtrec 2900 Fairview Park Dr. Falls Church, VA 22042** | | | | | | **$6,125.00** |
| **Delaware Secretary of State Division of Corporations PO Box 898 Dover, DE 19903** | | | | | | **$8,924.95** |
| **Element 1285 Corporate Center Drive. Suite 110 Eagan, MN 55121** | | | | | | **$8,265.00** |
| **Harcros Chemical Inc. PO Box 74583 Chicago, IL 60696** | | | | | | **$10,693.50** |

| Debtor | **Novalent, Ltd.** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Kevin L. Parrish 5108 Bearberry Point Greensboro, NC 27455** | | **Potential Claim of Former President for Severance** | **Disputed** | | | **$350,000.00** |
| **Mega Chem, Inc. 647 Southwest Street High Point, NC 27260** | | | | | | **$7,440.00** |
| **Mississippi State University Office of Controller & Treasurer PO Box 5227 Mississippi State, MS 39762** | | | | | | **$4,486.50** |
| **Novalent Biotech, Inc. PO Box 10610 Southport, NC 27461** | | **Intercompany payable** | | | | **$9,278,083.00** |
| **Novalent MiddleCo, Inc. PO Box 10610 Southport, NC 27461** | | **Intercompany payable** | | | | **$893,821.03** |
| **Pinnacle Bank, Cardmember Services PO Box 332509 Murfreesboro, TN 37133** | | | | | | **$23,745.75** |
| **Pretium Packaging LLC 3240 N O'Henry Blvd Greensboro, NC 27405** | | | | | | **$3,897.78** |
| **Pretium Packaging LLC 3240 N O'Henry Blvd Greensboro, NC 27405** | | | | | | **$3,897.78** |
| **Product Safety Labs, Inc. 2394 US Highway 130 Dayton, NJ 08810** | | | | | | **$16,865.00** |
| **Schuetz Container Systems, Inc. 138 Walser Road Lexington, NC 27293** | | | | | | **$4,122.00** |

Debtor **Novalent, Ltd.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Scientific & Regulatory Consultants 201 W. Van Buren Street Columbia City, IN 46725** | | | | | | $34,653.29 |
| **SRI Technologies, Inc. 2114 Chatham Drive Dalton, GA 30720** | | | | | | $5,702.60 |
| **Univar Solutions 3075 Highland Pkwy Suite 200 Downers Grove, IL 60515** | | | | | | $6,109.83 |

**Fill in this information to identify the case:**

Debtor name    **Novalent, Ltd.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $    **1,800,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $    **302,902.93**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $    **2,102,902.93**

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **1,789,253.67**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **10,691,103.05**

4.    **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b    |    $    **12,480,356.72**

**Fill in this information to identify the case:**

Debtor name    **Novalent, Ltd.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Pinnacle Bank** | **Checking** | **4584** | **$500.00** |
| 3.2. | **Pinnacle Bank** | **Checking** | **1587** | **$187,387.99** |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | **Proceeds from Auction of Personal Property Assets totaling $110,176.00 less Auctioneer Commission of $12,214.08 and expenses (funds still held by Auctioneer)** | **$97,961.92** |

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$285,849.91**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

Debtor    **Novalent, Ltd.**                                    Case number *(If known)* _____
          <sub>Name</sub>

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          **17,045.02**      -                      **0.00**    = ....          **$17,045.02**
                            <sub>face amount</sub>                <sub>doubtful or uncollectible accounts</sub>

11b. Over 90 days old:             **0.00**          -                      **0.00**    =....            **$0.00**
                            <sub>face amount</sub>                <sub>doubtful or uncollectible accounts</sub>

11b. Over 90 days old:             **0.00**          -                      **0.00**    =....            **$0.00**
                            <sub>face amount</sub>                <sub>doubtful or uncollectible accounts</sub>

12.    **Total of Part 3.**                                                                    **$17,045.02**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
       Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                              % of ownership

| 15.1. **AgritX, LLC** | **22.06** % | **N/A** | **Unknown** |
|---|---|---|---|

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                                    **$0.00**

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

| Debtor | **Novalent, Ltd.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| **The Debtor's tangible Personal Property was sold pursuant to an online auction conducted by Iron Horse Auction Company, Inc. from July 29,2024 to August 5, 2024 for total gross proceeds of $110,176.00.** | | $0.00 | N/A | $0.00 |

| 20. | **Work in progress** | | | |
|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale**<br>**The Debtor's tangible Personal Property was sold pursuant to an online auction conducted by Iron Horse Auction Company, Inc. from July 29,2024 to August 5, 2024 for total gross proceeds of $110,176.00.** | $0.00 | N/A | $0.00 |
| 22. | **Other inventory or supplies**<br>**The Debtor's tangible Personal Property was sold pursuant to an online auction conducted by Iron Horse Auction Company, Inc. from July 29,2024 to August 5, 2024 for total gross proceeds of $110,176.00.** | $0.00 | N/A | $0.00 |

| 23. | **Total of Part 5.** | $0.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

| Debtor | **Novalent, Ltd.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**The Debtor's tangible Personal Property was<br>sold pursuant to an online auction conducted<br>by Iron Horse Auction Company, Inc. from July<br>29,2024 to August 5, 2024 for total gross<br>proceeds of $110,176.00.** | $0.00 | N/A | $0.00 |

51.    **Total of Part 8.**                                                                                                    | $0.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor    **Novalent, Ltd.**                                    Case number *(if known)* _____
          Name

| of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1.  **2319 Joe Brown Drive, Greensboro, NC 27405 (includes Parcel ID 79164 & 79167)** | Fee simple | $0.00 | PurchaseContract | $1,800,000.00 |

| | |
|---|---|
| 56.  **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | $1,800,000.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets**<br>**Patent Number: 9624384**<br>**Date Granted: April 17, 2018**<br>**Description: Water stable antimicrobial silanol quaternary ammonium compounds** | $1.00 | | $1.00 |
| **Patent Number: 9744120**<br>**Date Granted: August 29, 2017**<br>**Description: Durable skin sanitizers containing water soluble antimicrobial silanol quaternary ammonium compounds** | $1.00 | | $1.00 |
| **Patent Number: 9687002**<br>**Date Granted: June 27, 2017**<br>**Description: Botanical antimicrobial microemulsions (BAMM)** | $1.00 | | $1.00 |
| **Patent Number: 10010080**<br>**Date Granted: July 3, 2018**<br>**Description: Process for the production of partially polymerized antimicrobial silanol quaternary ammonium compounds** | $1.00 | | $1.00 |

Debtor   **Novalent, Ltd.**                                     Case number *(If known)* _____
         Name

| | | |
|---|---|---|
| **Patent Number: 10328020**<br>**Date Granted: June 25, 2019**<br>**Description: Durable skin sanitizer containing water soluble antimicrobial silanol quaternary ammonium compounds** | **$1.00** | **$1.00** |
| **Patent Number: 10405553**<br>**Date Granted: September 10, 2019**<br>**Description: Antimicrobial articles and compounds therefor** | **$1.00** | **$1.00** |
| **Patent Number: 10531664**<br>**Date Granted: January 14, 2020**<br>**Description: Water stable antimicrobial silanol quaternary ammonium compounds** | **$1.00** | **$1.00** |
| **Patent Number: 107252785**<br>**Date Granted: August 25, 2020**<br>**Description: Anti-slip, botanical, antimicrobial microemulsions** | **$1.00** | **$1.00** |

61.  **Internet domain names and websites**
     **novalent.com**
     **envirosystems.co**                                     **$0.00**                    **$0.00**

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**
     **Additional Intellectual Property; value**
     **unknown**                                              **Unknown**                  **Unknown**

     **Novalent 24 Intellectual Property; value**
     **unknown**                                              **Unknown**                  **Unknown**

65.  **Goodwill**

66.  **Total of Part 10.**                                    | **$8.00** |
     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor    **Novalent, Ltd.**                                    Case number *(If known)* _____
_____
Name

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claims resulting from Settlement and Supply Agreement dated March 2022 against ViaClean Technologies, LLC, Pureshield, Inc. and Joseph Raich**                                                                    **Unknown**
Nature of claim    _____
Amount requested                    **$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                            **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Novalent, Ltd.**                                    Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $285,849.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $17,045.02 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................> | | $1,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $8.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $302,902.93 | + 91b. $1,800,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,102,902.93 |

**Fill in this information to identify the case:**

Debtor name __Novalent, Ltd.__

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A — Amount of claim. Do not deduct the value of collateral. | Column B — Value of collateral that supports this claim |
|---|---|---|---|

**2.1   Bank of New Zealand**
Creditor's Name

**Deloitte Centre Level 6 80 Queen**
**Auckland**
**New Zealand   11420**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**December 29, 2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Certain Patents owned by Debtor**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,773,618.00**
Column B: **$1.00**

**2.2   Guilford County Tax Department**
Creditor's Name

**400 W Market Street**
**Greensboro, NC 27401**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2319 Joe Brown Drive, Greensboro, NC 27405 (includes Parcel ID 79164 & 79167)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Column A: **$15,635.67**
Column B: **$1,800,000.00**

Debtor **Novalent, Ltd.**
_____
Name

Case number (_if known_) _____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $1,789,253.67 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Novalent, Ltd.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** <br> **BDO** <br> **PO Box 642743** <br> **Pittsburgh, PA 15264-2743** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $4,676.50 |
|---|---|---|

| 3.2 | **Nonpriority creditor's name and mailing address** <br> **Brenntag Mid-South, Inc.** <br> **PO Box 7410714** <br> **Chicago, IL 60674-0714** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $4,874.83 |
|---|---|---|

| 3.3 | **Nonpriority creditor's name and mailing address** <br> **Charter Communications** <br> **400 Wasington Blvd** <br> **Stamford, CT 06902** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $953.57 |
|---|---|---|

| 3.4 | **Nonpriority creditor's name and mailing address** <br> **Chemtrec** <br> **2900 Fairview Park Dr.** <br> **Falls Church, VA 22042** <br><br> **Date(s) debt was incurred** _various_ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $6,125.00 |
|---|---|---|

| Debtor | **Novalent, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$410.07**

**City of Greensboro**
**PO Box 1170**
**Greensboro, NC 27402-1170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,924.95**

**Delaware Secretary of State**
**Division of Corporations**
**PO Box 898**
**Dover, DE 19903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _various_

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,265.00**

**Element**
**1285 Corporate Center Drive.**
**Suite 110**
**Eagan, MN 55121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,796.80**

**Enterprise Specialty Products**
**400 Catherine Street**
**Laurens, SC 29360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,693.50**

**Harcros Chemical Inc.**
**PO Box 74583**
**Chicago, IL 60696**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,401.74**

**Intertek Testing Services**
**PO Box 405176**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00**

**Intralinks, Inc.**
**PO Box 392134**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Novalent, Ltd.**                                     Case number (if known) _____
_____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350,000.00 |
|---|---|---|---|

**Kevin L. Parrish**
**5108 Bearberry Point**
**Greensboro, NC 27455**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential Claim of Former President for Severance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,596.98 |
|---|---|---|---|

**Mechanical Solutions, Inc.**
**503 Cornerstone Ct.**
**Hillsborough, NC 27278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,440.00 |
|---|---|---|---|

**Mega Chem, Inc.**
**647 Southwest Street**
**High Point, NC 27260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,486.50 |
|---|---|---|---|

**Mississippi State University**
**Office of Controller & Treasurer**
**PO Box 5227**
**Mississippi State, MS 39762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,603.92 |
|---|---|---|---|

**Neigel Consulting**
**610 Fox Hollow Lane**
**Salisbury, NC 28146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,278,083.00 |
|---|---|---|---|

**Novalent Biotech, Inc.**
**PO Box 10610**
**Southport, NC 27461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Intercompany payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $893,821.03 |
|---|---|---|---|

**Novalent MiddleCo, Inc.**
**PO Box 10610**
**Southport, NC 27461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Intercompany payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    __Novalent, Ltd.__    Case number (if known) _____
     Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,604.00 |
|---|---|---|---|

**Pallet Express, Inc.**
**PO Box 1998**
**Liberty, NC 27298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.63 |
|---|---|---|---|

**Piedmont Natural Gas Co**
**PO Box 1246**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,745.75 |
|---|---|---|---|

**Pinnacle Bank, Cardmember Services**
**PO Box 332509**
**Murfreesboro, TN 37133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __various__

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,897.78 |
|---|---|---|---|

**Pretium Packaging LLC**
**3240 N O'Henry Blvd**
**Greensboro, NC 27405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,897.78 |
|---|---|---|---|

**Pretium Packaging LLC**
**3240 N O'Henry Blvd**
**Greensboro, NC 27405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,865.00 |
|---|---|---|---|

**Product Safety Labs, Inc.**
**2394 US Highway 130**
**Dayton, NJ 08810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,122.00 |
|---|---|---|---|

**Schuetz Container Systems, Inc.**
**138 Walser Road**
**Lexington, NC 27293**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Novalent, Ltd.**  Case number (if known) _____
_____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,653.29 |

**Scientific & Regulatory Consultants**
**201 W. Van Buren Street**
**Columbia City, IN 46725**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,702.60 |

**SRI Technologies, Inc.**
**2114 Chatham Drive**
**Dalton, GA 30720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,109.83 |

**Univar Solutions**
**3075 Highland Pkwy**
**Suite 200**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **William P. Janvier**<br>**2225 West Millbrook Road**<br>**Raleigh, NC 27612** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 10,691,103.05 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 10,691,103.05 |

**Fill in this information to identify the case:**

Debtor name __**Novalent, Ltd.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Equity Investment and Product Commercialization Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **AgritX, LLC** **617 Sullivan Road** **Statesville, NC 28677** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Agreement for Purchase and Sale of Improved Real Property dated July 1, 2024 as amended by that certain First Amendment to Agreement for Purchase and Sale of Improved Real Property dated August 13, 2024** | |
| State the term remaining | |
| List the contract number of any government contract | **Best Supply, Inc.** **33999 Melinz Parkway** **Eastlake, OH 44095** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Stock Agreement and Consulting Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Boldwater Partners, LLC** **907B Spring Mill Avenue** **Conshohocken, PA 19428** |

Debtor 1    **Novalent, Ltd.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires August 24, 2025** | **Cooptech US Limited**<br>**45 Gresham Street**<br>**EC2V 7BG**<br>**London, UK** |
| | List the contract number of any government contract | _____ | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | **Contract Exp. 12/14/2026** | **Dennis Neigel**<br>**610 Fox Hollow Lane**<br>**Salisbury, NC 28146** |
| | List the contract number of any government contract | _____ | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Auction Marketing Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Iron Horse Auction Co, Inc.**<br>**174 Airport Road**<br>**Rockingham, NC 28379** |
| | List the contract number of any government contract | _____ | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Right to Sell Listing Agreement (2317 & 2319 Joe Brown Rd. Greensboro, NC 27455)** | |
|---|---|---|---|
| | State the term remaining | **Exp. April 30, 2025** | **NAI Piedmont Triad**<br>**348 N Elm Street**<br>**Greensboro, NC 27401** |
| | List the contract number of any government contract | _____ | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires June 1, 2024** | **Packers Sanitation Services Inc.**<br>**3681 Prism Lane**<br>**Kieler, WI 53812** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **Novalent, Ltd.**                                          Case number *(if known)* _____
     First Name         Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.9.   State what the contract or lease is for and the nature of the debtor's interest     **Consulting Agreement**

       State the term remaining

    List the contract number of any government contract

**Sloan Biologics, LLC**
**617 Sullivan Road**
**Statesville, NC 28625**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Novalent, Ltd.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NORTH CAROLINA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Novalent Biotech, Inc.** | **PO Box 10610 Southport, NC 27461** | **Kevin L. Parrish** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |
| 2.2 | **Novalent MiddleCo, Inc.** | **PO Box 10610 Southport, NC 27461** | **Bank of New Zealand** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Novalent, Ltd.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$544,865.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other _____ | **$1,073,105.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other _____ | **$1,249,750.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Debtor    **Novalent, Ltd.**                                          Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Blue Cross Blue Shield** **4615 University Drive** **Durham, NC 27707** | **various** | **$9,323.00** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. | **Central Insurance Companies** | **various** | **$29,110.00** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. | **Estes Express Lines** **PO Box 25612** **Richmond, VA 23260** | **various** | **$12,289.00** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. | **Sloan Biologics, LLC** **617 Sullivan Road** **Statesville, NC 28625** | **various** | **$10,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. | **Smith Leonard PLLC** **4035 Premier Drive #300** **High Point, NC 27265** | **various** | **$11,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.6. | **SRC & Regulatory Consultants** | **various** | **$42,512.20** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.7. | **Tuggle Duggins Attorney at Law** **PO Box 2888** **Greensboro, NC 27402** | **various** | **$9,640.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |

Debtor  **Novalent, Ltd.**                                          Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

   **Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | Inhold, LLC et al. v.<br>PureShield, Inc. et al.<br>20-CVS-4841 | | N.C. Superior Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |
   | 7.2. | PureShield, Inc. et al. v.<br>Inhold, LLC et al.<br>20-cv-1025-LCB-LPA | | United States District Court<br>(M.D.N.C.) | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

   **Part 4:  Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

Debtor    **Novalent, Ltd.**    Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Waldrep Wall Babcock & Bailey PLLC**<br>**3600 Glenwood Avenue, Suite 210**<br>**Raleigh, NC 27612** | | **4/11/2024, 5/30/2024, 7/8/2024 & 8/15/2024** | **$111,000.00** |
| | Email or website address<br>_____ | | | |
| | Who made the payment, if not debtor?<br>_____ | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor **Novalent, Ltd.**        Case number *(if known)* _____

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2319 Joe Brown Drive Greensboro, NC 27405** | **2017-present** |

**Part 8:  Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:  Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Novalent, Ltd. 401K Plan (Held by Capital Group, American Funds)** | EIN:  **IRK131665** |

    Has the plan been terminated?
    ☐ No
    ■ Yes

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

Debtor   **Novalent, Ltd.**                                        Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Pinnacle Bank** | **XXXX-0329** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **June 2024 (funds transferred to Pinnacle Bank Checking 1587)** | **$0.00** |
| 18.2. | **Pinnacle Bank** | **XXXX-0923** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other__ | **June 2024 (funds transferred to Pinnacle Bank Checking 1587)** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor     **Novalent, Ltd.**                                          Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | **AgritX, LLC 617 Sullivan Road Statesville, NC 28677** | **Debtor has partial ownership; see Schedule A/B** | EIN: From-To |
| 25.2. | **Inhold, LLC Po Box 10610 Southport, NC 27461** | **Wholly owned subsidiary of the Debtor; no assets or operations** | EIN:     **51-0006522** From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Wayne Thompson, Fractional CFO Fractional Finance Group Greensboro, NC 27455** | **2017-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor   **Novalent, Ltd.**                                         Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Russ Boyer**<br>**DBB McKennon**<br>**20321**<br>**Newport Beach, CA 92660** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Smith Leonard PLLC**<br>**Jennifer Casper**<br>**High Point, NC 27265** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

□ None

| Name and address |
|---|
| 26d.1.   **Bank of New Zealand**<br>**Deloitte Centre Level 6 80 Queen**<br>**Auckland**<br>**New Zealand   11420** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

□ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **Elson Eckler, Plant Manager** | **5/31/2024** | **See Schedule A/B** |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| **Elson Eckler, Plant Manager** | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cameron Harris** | **PO Box 10610**<br>**Southport, NC 27461** | **President** | **0.00** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alex Ovchar** | **43 Karri Dr.**<br>**Dernancourt, SA**<br>**Australia   50750** | **Director** | **0.00** |

Debtor    **Novalent, Ltd.**                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Bill Massa | 54 Overhill Road<br>Bala Cynwyd, PA 19004 | Director | 0.00 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Novalent MiddleCo, Inc. | PO Box 10610<br>Southport, NC 27461 | | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Kevin L. Parrish | 5108 Bearberry Point<br>Greensboro, NC 27455 | Director/President/CEO | October 2, 2017-May 31, 2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Kevin L. Parrish<br>5108 Bearberry Point<br>Greensboro, NC 27455 | PAYROLL AUG - DEC 2023: $145,835.00<br>PAYROLL JAN - MAY 2024: $159,360.83<br>EXPENSE REIMBURSEMENT AUG 15 2023 - AUG 15 2024:$12,394.18<br>Total = $317,590.01 | | Compensation and Expense Reimbursement |
| | **Relationship to debtor**<br>Former Director/CEO/President | | | |
| 30.2. | Cameron Harris<br>PO Box 10610<br>Southport, NC 27461 | PAYROLL AUG - DEC 2023: $52,085.00<br>PAYROLL JAN - MAY 2024: $59,444.52<br>1099 PAY JUNE 1 2024 - AUG 15 2024: $23,875.00<br>EXPENSE REIMBURSEMENT AUG 15 2023 - AUG 15 2024: $2,425.44<br>Total = $137,829.96 | | Compensation and Expense Reimbursement |
| | **Relationship to debtor**<br>Former Employee/Acting President | | | |

Debtor    **Novalent, Ltd.**    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | | **PAID THROUGH BOLDWATER PARTNERS** **JULY - DEC 2023 $62,500.00** **JAN - MAY 2024 $62,500.00** | | |
| | **Bill Massa** **54 Overhill Road** **Bala Cynwyd, PA 19004** | **EXPENSE REIMBURSEMENT JUNE 2023 - MAY 2024: $1,088.09** **Total = $126,088.09** | | **Compensation and Expense Reimbursement** |
| | Relationship to debtor **Director** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Novalent Biotech, Inc.** | **EIN:    82-1658049** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 16, 2024**

**/s/ Cameron Harris**                              **Cameron Harris**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    __Novalent, Ltd.__                        Case No. _____

                                Debtor(s)       Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Novalent MiddleCo, Inc,**<br>**PO Box 10610**<br>**Southport, NC 27461** | **Common** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __August 16, 2024__                Signature    **/s/ Cameron Harris**

                                                     **Cameron Harris**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re    **Novalent, Ltd.** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 16, 2024** _____    **/s/ Cameron Harris** _____

**Cameron Harris**/**President**
Signer/Title

AgritX, LLC
617 Sullivan Road
Statesville, NC 28677

Cooptech US Limited
45 Gresham Street
EC2V 7BG
London, UK

Iron Horse Auction Co, Inc.
174 Airport Road
Rockingham, NC 28379

Bank of New Zealand
Deloitte Centre Level 6 80 Queen
Auckland
New Zealand 11420

Delaware Secretary of State
Division of Corporations
PO Box 898
Dover, DE 19903

Kevin L. Parrish
5108 Bearberry Point
Greensboro, NC 27455

BDO
PO Box 642743
Pittsburgh, PA 15264-2743

Dennis Neigel
610 Fox Hollow Lane
Salisbury, NC 28146

Mechanical Solutions, Inc.
503 Cornerstone Ct.
Hillsborough, NC 27278

Best Supply, Inc.
33999 Melinz Parkway
Eastlake, OH 44095

Element
1285 Corporate Center Drive.
Suite 110
Eagan, MN 55121

Mega Chem, Inc.
647 Southwest Street
High Point, NC 27260

Boldwater Partners, LLC
907B Spring Mill Avenue
Conshohocken, PA 19428

Enterprise Specialty Products
400 Catherine Street
Laurens, SC 29360

Mississippi State University
Office of Controller & Treasurer
PO Box 5227
Mississippi State, MS 39762

Brenntag Mid-South, Inc.
PO Box 7410714
Chicago, IL 60674-0714

Guilford County Tax Department
400 W Market Street
Greensboro, NC 27401

NAI Piedmont Triad
348 N Elm Street
Greensboro, NC 27401

Charter Communications
400 Wasington Blvd
Stamford, CT 06902

Harcros Chemical Inc.
PO Box 74583
Chicago, IL 60696

Neigel Consulting
610 Fox Hollow Lane
Salisbury, NC 28146

Chemtrec
2900 Fairview Park Dr.
Falls Church, VA 22042

Intertek Testing Services
PO Box 405176
Atlanta, GA 30384

Novalent Biotech, Inc.
PO Box 10610
Southport, NC 27461

City of Greenboro
PO Box 1170
Greensboro, NC 27402-1170

Intralinks, Inc.
PO Box 392134
Pittsburgh, PA 15251

Novalent MiddleCo, Inc.
PO Box 10610
Southport, NC 27461

Packers Sanitation Services Inc.
3681 Prism Lane
Kieler, WI 53812

SRI Technologies, Inc.
2114 Chatham Drive
Dalton, GA 30720

Pallet Express, Inc.
PO Box 1998
Liberty, NC 27298

Univar Solutions
3075 Highland Pkwy
Suite 200
Downers Grove, IL 60515

Piedmont Natural Gas Co
PO Box 1246
Charlotte, NC 28201

William P. Janvier
2225 West Millbrook Road
Raleigh, NC 27612

Pinnacle Bank, Cardmember Services
PO Box 332509
Murfreesboro, TN 37133

Pretium Packaging LLC
3240 N O'Henry Blvd
Greensboro, NC 27405

Product Safety Labs, Inc.
2394 US Highway 130
Dayton, NJ 08810

Schuetz Container Systems, Inc.
138 Walser Road
Lexington, NC 27293

Scientific & Regulatory Consultants
201 W. Van Buren Street
Columbia City, IN 46725

Sloan Biologics, LLC
617 Sullivan Road
Statesville, NC 28625

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   __Novalent, Ltd.__                               Case No. _____
                          Debtor(s)              Chapter   __11_____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Novalent, Ltd.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Novalent MiddleCo, Inc,**
**PO Box 10610**
**Southport, NC 27461**


☐ None [*Check if applicable*]


__August 16, 2024__                          **/s/ Kevin L. Sink**
Date                                         **Kevin L. Sink Attorney for Debtor**
                                             Signature of Attorney or Litigant
                                             Counsel for   __Novalent, Ltd.__
                                             **Waldrep Wall Babcock & Bailey PLLC**
                                             **3600 Glenwood Avenue**
                                             **Suite 210**
                                             **Raleigh, NC 27612**
                                             **919-589-7985**
                                             **ksink@waldrepwall.com**

Rev. 11/22/16

# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA

In re: __Novalent, Ltd.__ _____ Debtor(s)    Case No. _____

## DEBTOR(S) ELECTRONIC NOTICING REQUEST (DeBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☐ **INITIAL REQUEST:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntarily, and I may file a request to deactivate my account at any time.

☐ **DECLINE REQUEST:** (Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email)

☐ **UPDATE TO ACCOUNT INFORMATION:** (Check this box to make changes to your existing DeBN account)

I request the following update(s) to my DeBN account:

    ☐ I have a new email address as indicated below.

    ☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

    ☐ I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.

■ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of your DeBN account)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.*

     ***Joint debtors** who each request enrollment or already have a DeBN account **must file separate forms**.*

Signature   __/s/ Cameron Harris_____ Date: __August 16, 2024__

Print Name (and title if not the debtor): __Cameron Harris_____

Email Address (type or print clearly): __cameron.harris@novalent.com__